# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NATHAN ROWAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ATLANTIC TRAVEL ALLIANCE LLC,** a Florida company,<br><br>*Defendant,* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## CLASS ACTION COMPLAINT

Plaintiff Nathan Rowan ("Plaintiff Rowan" or "Rowan") brings this Class Action Complaint and Demand for Jury Trial against Defendant Atlantic Travel Alliance LLC ("Defendant" or "ATA") to stop the Defendant from violating the Telephone Consumer Protection Act by making pre-recorded telemarketing calls to cellular telephone numbers *without consent*. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Rowan, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.  Plaintiff Nathan Rowan is a resident of Rochester, New York.

2.  Defendant ATA is a Florida registered company headquartered in Fort Lauderdale, Florida. Defendant ATA conducts business throughout this District and throughout the U.S.

## JURISDICTION AND VENUE

3.  This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.      This Court has personal jurisdiction over the Defendant because the Defendant resides in this District and the wrongful conduct giving rise to this case was directed from this District.

## INTRODUCTION

5.      As the Supreme Court explained at the end of its last term, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.      When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.      By 2003, due to more powerful robocalling technology, telemarketers were calling 104 million Americans every day. *In re Rules and Regulations Implementing the TCPA of 1991*, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.      The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.      Industry data shows that the number of robocalls made each month increased from 831 million in September 2015 to 4.7 billion in December 2018—a 466% increase in three years.

10.     According to online robocall tracking service "YouMail," 3.8 billion robocalls were placed in November 2020 alone, at a rate of 127 million per day. www.robocallindex.com (last visited Dec. 31, 2020).

11.     The FCC also has received an increasing number of complaints about unwanted calls. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

14. Defendant ATA sells discount vacation packages to consumers throughout the U.S.[3]

15. ATA engages in telemarketing to generate sales of discounted travel packages, as per Plaintiff's experience.

16. ATA engages in telemarketing using pre-recorded voice message calls, despite having never acquired the necessary consent needed to place such calls.

17. When placing these pre-recorded voice message calls, ATA uses the name Travel Services, as per the voicemail Plaintiff received and based on complaints from other consumers.

18. Travel Services is short for Atlantic Travel Alliance Travel Services.[4]

19. When the phone number for ATA (877-545-5814)[5] is called, an automated message identifies the company as Travel Services, based on an investigation conducted by Plaintiff's attorneys.

20. There are many complaints posted online regarding unsolicited telemarketing calls that consumers received by, or on behalf of ATA including:

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://atatravelservices.com/
[4] https://atatravelservices.com/certificate/
[5] https://atatravelservices.com

- "Left voice mail regarding importance of me calling back about a 'travel package before it comes up for collection'. Obviously, I never purchased anything like that and am certainly not in debt for such a purchase. Pure fraud."[6]
- "Unsolicited call"[7]
- "These people are TERRORIZING TRAVEL SCAMMERS! Someone must find them and prosecute them as they are criminals breaking many laws!!! They call me numerous times on any given day and have been doing so and terrorizing me for THREE YEARS… A few days ago I was told their website address is www.flexandstay.com…"[8]
- "Wont stop calling everyday"[9]
- "Travel scams"[10]
- "It is a robocaller that leaves the following: Hi This is Michelle of the travel services I wanted to reach out and give you an opportunity to speak about your account during these uncertain times I know travel may not be on your mind but I wanted to give you a chance to speak about your package before it comes up for Dell action if you could give me a call back at 877-360-0141 between the hours of 9 and 5 pm thank you and have a great day."[11]
- "Something about wanting me to call them to access a travel account"[12]

21. On the website for NoMoRobo, a consumer posted the exact same pre-recorded voicemail that Plaintiff received, from the same phone number Plaintiff was called by:

[13]

---

[6] https://findwhocallsyou.com/7206400535?CallerInfo
[7] *Id.*
[8] https://www.whocalledme.com/PhoneNumber/561-717-2733
[9] *Id.*
[10] *Id.*
[11] https://800notes.com/Phone.aspx/1-720-640-0535
[12] https://www.whitepages.com/phone/1-720-640-0535
[13] https://www.nomorobo.com/lookup/720-640-0535

22. Numerous other consumers posted the same exact pre-recorded voicemail from 720-640-0535 on Youmail.com.[14]

23. In response to these calls, Plaintiff Rowan files this lawsuit seeking injunctive relief requiring the Defendant to cease from violating the Telephone Consumer Protection Act, as well as an award of statutory damages to the members of the Class and costs.

**PLAINTIFF ROWAN'S ALLEGATIONS**

24. On December 1, 2020 at 3:50 PM, Plaintiff Rowan received an unsolicited phone call to his cell phone from ATA using phone number 720-640-0535.

25. Although the phone rang, Plaintiff did not answer the call, resulting in a pre-recorded voicemail message from ATA stating:

> "Hi this… Hi this is Michelle with Travel Services. I wanted to reach out and give you an opportunity to speak about your account. During these uncertain times I know travel may not be on your mind. But I wanted to give you a chance to speak about your package before it comes up for deletion. If you could me a call back at 877-360-0141 between the hours of 9 and 5 pm. Thank you and have a great day."

26. The above message clearly states the company name Travel Services.

27. Based on an investigation conducted by Plaintiff's attorneys, when 877-360-0141 is called, the agents identify the company as being Flex and Stay.

28. Upon information and belief, ATA owns/operates Flex and Stay.

29. On the ATA website there is a page associated with Flex and Stay https://atatravelservices.com/flex-usa/:

[15]

---

[14] https://directory.youmail.com/directory/phone/7206400535
[15] https://atatravelservices.com/flex-usa/

30. On the atatravelservices.com website, the "CONTACT US" button links to https://flexandstay.com/contact-us/.

31. Flexandstay.com makes numerous mention of ATA in its Terms and Conditions including:

> By purchasing you agree to and understand that All FINAL CREDITS are processed by the accounting department of ATA Travel. By purchasing you hereby waive your right to dispute your purchase, or file and/or initiate a chargeback with your bank/creditor. By purchasing you hereby authorize ATA Travel and its marketing partners, agents and/or affiliates to contact you by mail, email and/or telephone concerning your request. ATA Travel reserves the right to process, if necessary, any and all refunds to clients via corporate check which will be mailed by priority mail services within 30 days of refund request by the accounting department of ATA Travel. [16]

32. The website for ATA (atatravelservices.com) and flexandstay.com both display the same address:

Flex and Stay
3453 NW 55th St, Suite B
Fort Lauderdale, FL 33309-6308
Phone: 888-765-6667
Email: info@flexandstay.com [17]

ATA Travel Services
3453 NW 55th ST
Fort Lauderdale, FL 33309-6308
PHONE: 877-545-5814
EMAIL: info@atatravelservices.com [18]

33. The website flexandstay.com is located on the same server as 2 other sites:

Website using this ip : 159.203.186.84
atatravelservices.com
flexandstay.com
bestresortgetaways.com [19]

34. Atatravelservices.com is the main website for ATA.

---

[16] https://flexandstay.com/terms-and-conditions/
[17] https://flexandstay.com/terms-and-conditions/
[18] https://atatravelservices.com/terms-and-conditions/
[19] https://domainbigdata.com/159.203.186.84

35. Bestresortgetaways.com makes numerous mention of ATA in its Terms and Conditions:

> Atlantic Travel pays for all hotel accommodation and cruise ship expenses included in package in advance and must forfeit deposits in the event of a cancellation as listed above. [20]

> By purchasing you agree to and understand that All FINAL CREDITS are processed by the accounting department of ATA Travel. By purchasing you hereby waive your right to dispute your purchase, or file and/or initiate a chargeback with your bank/creditor. By purchasing you hereby authorize ATA Travel and its marketing partners, agents and/or affiliates to contact you by mail, email and/or telephone concerning your request. ATA Travel reserves the right to process, if necessary, any and all refunds to clients via corporate check which will be mailed by priority mail services within 30 days of refund request by the accounting department of ATA Travel. [21]

36. Bestresortgetaways.com appears to be a copy of flexandstay.com:



[22]

---

[20] https://bestresortgetaways.com/terms-and-conditions/
[21] *Id.*
[22] https://flexandstay.com/

[23]

37.    At no time did Plaintiff consent to receive pre-recorded or other telemarketing calls from Defendant ATA.

38.    The unauthorized solicitation telephone call that Plaintiff received from Defendant, as alleged herein, has harmed Plaintiff Rowan in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

39.    Seeking redress for these injuries, Plaintiff Rowan, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

40.    Plaintiff Rowan brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant called on their cellular telephone number (2) using a pre-recorded voice message, and (3) for whom the Defendant claims (a) it obtained consent in the same manner as Defendant claims it supposedly obtained consent to call Plaintiff, or (b) it obtained the person's number in the same manner as Defendant obtained Plaintiff's number.

---

[23] https://bestresortgetaways.com/

41. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Rowan anticipates the need to amend the Class definitions following appropriate discovery.

42. **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

43. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

   (a) whether the Defendant placed pre-recorded voice message calls to Plaintiff Rowan and members of the Pre-recorded Class;

   (b) whether the calls were made without first obtaining consent;

   (c) whether Defendant's conduct constitutes a violation of the TCPA; and

   (d) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

44. **Adequate Representation**: Plaintiff Rowan will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Rowan has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff Rowan and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Rowan nor his counsel have any interest adverse to the Class.

45.     **Appropriateness**: This class action is also appropriate for certification because Defendant acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Rowan. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Rowan and the Pre-recorded No Consent Class)**

46.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

47.     Defendant ATA transmitted unwanted solicitation telephone calls to Plaintiff Rowan and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

48.     These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff Rowan and the other members of the Pre-recorded No Consent Class.

49.     Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff Rowan and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each

violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Rowan individually and on behalf of the Class, prays for the following relief:

50. An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Rowan as the representative of the Class; and appointing his attorneys as Class Counsel;

51. An award of actual and/or statutory damages and costs;

52. An award of attorney's fees;

53. An order declaring that Defendant's actions, as set out above, violate the TCPA;

54. An injunction requiring the Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

55. Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Rowan requests a jury trial.

**NATHAN ROWAN**, individually and on behalf of all others similarly situated,

DATED this 10th day of January, 2021.

By: /s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street

        Miami, FL 33127
        Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*