UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60055-RAR

**NATHAN ROWAN**,
*individually and on behalf of*
*all others similarly situated*,

    Plaintiff,

v.

**ATLANTIC TRAVEL ALLIANCE, LLC**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on February 15, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**